UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIMONE GREGG,<br><br>            Plaintiff,<br><br>   v.<br><br>NORTHEASTERN UNIVERSITY, PAUL ZERNICKE, MARYELLEN SHEA, DIANA FITZGERALD, ALEXIS HARDING, AND BRIGID MOLLOY,<br><br>            Defendants. | Civil Action No.<br>REMOVED FROM THE SUPERIOR COURT OF SUFFOLK COUNTY, COMMONWEALTH OF MASSACHUSETTS<br>CASE NO. 2184-cv-01533 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1331 and 1446, Defendants Northeastern University ("Northeastern"), Paul Zernicke ("Zernicke"), Maryellen Shea ("Shea"), Diana Fitzgerald ("Fitzgerald"), Alexis Harding ("Harding"), and Brigid Hart-Molloy ("Hart-Molloy") (collectively "Defendants") hereby notice the removal to this Court of the civil action styled as *Simone Gregg v. Northeastern University, Paul Zernicke, Maryellen Shea, Diana Fitzgerald, Alexis Harding, and Brigid Molloy*, from the Massachusetts Superior Court for Suffolk County, Civil Action No. 2184-cv-01533. In support thereof, Defendants state the following:

**Background**

1.   Plaintiff filed a Complaint in the present action on July 13, 2021. *See* Complaint ("Compl."), attached hereto as **Exhibit A**.

2.   Plaintiff served Defendant Northeastern on August 23, 2021.[1]

---

[1] As of the time of filing of the present Notice of Removal, Defendants Zernicke, Shea, Fitzgerald, Harding, and Hart-Molloy (collectively "Individual Defendants") have not been served with a copy of the original Complaint or summons. However, the Individual Defendants are represented by Seyfarth Shaw LLP and consent to this removal.

3. The Complaint alleges that the Defendants violated 29 U.S.C. § 2614(a), 2615 (a)(1)-(2) of the federal Family and Medical Leave Act related to retaliation and interference with the right to use leave under the law. Plaintiff also asserts a state law claim of intentional interference with contractual relations against Defendants Zernicke, Harding, Fitzgerald, and Shea. Plaintiff further asserts a claim for intentional infliction of emotional distress against defendant Zernicke.

### The Notice Is Timely Filed

4. In accordance with the requirements of 28 U.S.C. § 1446(b), this notice of removal is filed within thirty (30) days after Plaintiff served Northeastern with the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

### The Court Has Federal Question Jurisdiction Over This Action

5. Removal of this case is proper pursuant to 28 U.S.C. § 1331 because Plaintiff alleges the violation of a federal statute, the Family and Medical Leave Act of 1993, codified at 29 U.S.C. § 2601, *et. seq.* ("FMLA").

6. The Complaint alleges that the Defendants violated the FMLA by interfering with her right to take FMLA leave and retaliating against her for requesting intermittent FMLA leave. Compl. ¶¶ 169-175.

7. This action therefore presents a federal question over which this Court has original jurisdiction. 28 U.S.C. § 1331 (conferring original jurisdiction upon federal courts in actions "arising under the … laws … of the United States").

**The Court Has Supplemental Jurisdiction Over Plaintiff's State Law Claims**

8. Plaintiff also asserts claims under Massachusetts law for intentional interference contractual relations and intentional infliction of emotional distress. Compl. ¶¶ 177-182.

9. This Court has supplemental jurisdiction over Plaintiff's state law claims where the state claims are "so related" to Plaintiff's federal FMLA claims such that "they form part of the same case or controversy." *See* 28 U.S.C. § 1367(a).

10. Because Plaintiff could have brought her claims in federal court, this action is properly removed in accordance with 28. U.S.C. § 1441.

**Venue**

11. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because this action was originally brought in the Massachusetts Superior Court, Suffolk County, which is within the District of this Court.

**Filing and Service**

12. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal together with a copy of this Notice of Removal will be filed with the Clerk of the Massachusetts Superior Court, Suffolk County. All parties will receive a copy of the notice filed with that court.

**State Court Documents**

13. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, motions and orders thus far served upon Defendants in this action are attached hereto as **Exhibits A**.

WHEREFORE, for the reasons stated above, Civil Action No. 2184-cv-01533, pending in the Massachusetts Superior Court, Suffolk County, hereby is removed to this Court.

**DATED: September 13, 2021**  Respectfully submitted,

NORTHEASTERN UNIVERSITY, PAUL ZERNICKE, MARYELLEN SHEA, DIANA FITZGERALD, ALEXIS HARDING, AND BRIGID HART-MOLLOY

By Their Attorneys,

*/s/ Christina Duszlak*
Robert A. Fisher (BBO #643797)
rfisher@seyfarth.com
Christina Duszlak (BBO # 698999)
cduszlak@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA  02210-2028
Telephone:   (617) 946-4800
Facsimile:   (617) 946-4801

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, a copy of the foregoing document was filed electronically through the Court's ECF system and served by first class mail, postage pre-paid, on the following counsel for plaintiff:

Helen G. Litsas, Esq.
22 Mills Street, Suite 408
Arlington, MA 02476

 /s/ *Christina Duszlak*
Christina Duszlak