UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIMONE GREGG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 21-11495-JGD |
| | ) |
| NORTHEASTERN UNIVERSITY, | ) |
| PAUL ZERNICKE and MARYELLEN SHEA, | ) |
| | ) |
| Defendants. | ) |

## SCHEDULING ORDER AND ORDER
## ON PARTIES' DISCOVERY DISPUTE

Following a status conference held today pursuant to Fed. R. Civ. P. 16(a), and a hearing to consider oral argument on the parties' dispute regarding discovery of a settlement agreement between the plaintiff and Cambrian Innovation, it is hereby ORDERED as follows.

1. The plaintiff shall comply with the following by **September 15, 2023**:

    (a) The plaintiff shall submit a copy of the settlement agreement with Cambrian to the court for an *in camera* review to determine whether the agreement or any portions thereof should be produced to the defendants.

    (b) The plaintiff shall produce to the defendants copies of any tax returns and backup documentation reflecting any income she received from Cambrian.

    (c) If not already provided, the plaintiff shall supplement her answers to interrogatories to state which portion of her damages she attributes to emotional distress caused by Cambrian and which portion of her damages she attributes to emotional distress caused by Northeastern.

2. The parties shall comply with the following deadlines proposed in their Joint Status Report:

(a) The parties shall complete any remaining depositions by **September 29, 2023**.

(b) Any dispositive motions shall be filed by **October 27, 2023**.

(c) Oppositions to any dispositive motions shall be filed by **November 17, 2023**, and any replies shall be filed by **November 31, 2023**.

(d) Any concise statement of material facts that is filed pursuant to Local Rule 56.1 in opposition to a motion for summary judgment shall include numbered paragraphs admitting or denying, paragraph by paragraph, the facts contained in the moving party's concise statement of material facts.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: August 25, 2023

[2]