UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____
                                                    )
SIMONE GREGG,                                        )
                                                    )
                    Plaintiff,                       )
                                                    )
            v.                                       )        CIVIL ACTION NO. 21-11495-JGD
                                                    )
NORTHEASTERN UNIVERSITY, PAUL ZERNICKE,              )
and MARYELLEN SHEA,                                  )
                                                    )
                    Defendants.                      )
_____)

## JUDGMENT

DEIN, U.S.M.J.

        In accordance with the Order of Dismissal entered by this court on August 9, 2024, and

the court's Memorandum of Decision and Order on the Motion for Costs dated October 2,

2024, judgment is hereby entered for defendants Northeastern University, Paul Zernicke, and

Maryellen Shea and costs are hereby awarded in the amount of $2,311.25.


                                        ROBERT M. FARRELL,
                                        CLERK OF COURT


                                        / s / Katherine Thomson_____
                                        By:  Deputy Clerk

DATED:  October 2, 2024