# United States Court of Appeals
## For the First Circuit

───────────────

No. 24-1804

SIMONE GREGG,

Plaintiff - Appellant,

v.

NORTHEASTERN UNIVERSITY; PAUL ZERNICKE; MARYELLEN SHEA,

Defendants - Appellees,

DIANA FITZGERALD; ALEXIS HARDING; BRIGID HART-MOLLOY,

Defendants.

───────────────

**JUDGMENT**

Entered: March 18, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Helen G. Litsas
Robert Alan Fisher
Abigail Skinner
Christina Duszlak