# United States Court of Appeals
## For the First Circuit

No. 24-1804

SIMONE GREGG,

Plaintiff - Appellant,

v.

NORTHEASTERN UNIVERSITY; PAUL ZERNICKE; MARYELLEN SHEA,

Defendants - Appellees,

DIANA FITZGERALD; ALEXIS HARDING; BRIGID HART-MOLLOY,

Defendants.

---

**MANDATE**

Entered: March 18, 2025

In accordance with the judgment of March 18, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Christina Duszlak
Robert Alan Fisher
Helen G. Litsas
Abigail Skinner